**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

DEC 2 8 2005

| | |
|---|---|
| AHMAD HERZALLAH, | ) |
|         Petitioner, | ) |
| v. | )   ·No. 3:03-CR-212-M (05) |
| | )     No. 3:04-CV-2506-M |
| UNITED STATES OF AMERICA, | ) |
|         Respondent. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28 day of December 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument
on file in my office on 12/28/05
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy